DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES P. MEJIA,**
Appellant,

v.

**ROSA B. MEJIA,**
Appellee.

No. 4D21-3106

[March 30, 2022]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Linda A. Alley, Judge; L.T. Case No. 18005173 FMCE (40).

James P. Mejia, Santiago, Dominican Republic, pro se.

Hugo A. Rodriguez of The Law Offices of H.A. Rodriguez, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.* Our affirmance is without prejudice to the parties' revisiting issues surrounding the Qualified Domestic Relations Order during the final hearing.

GROSS, MAY and CIKLIN, JJ., concur.

* * *

*Not final until disposition of timely filed motion for rehearing.*